### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
### MARTINSBURG

**DELEON MAY,**

    Petitioner,

**v.**                                      **CIVIL ACTION NO.: 3:23-CV-14 (GROH)**

**WARDEN ROKOSKY,**

    Respondent.

## ORDER

On January 26, 2023, the *pro se* Petitioner initiated the above-styled habeas corpus action pursuant to 28 U.S.C. § 2241, however, the filing was not completed with a Court-approved form. ECF No. 1. Following the issuance of a Notice of Deficient Pleading and Intent to Dismiss [ECF No. 2], Petitioner refiled his action on the Court-approved form in a new case, number 3:23-CV-43.

Accordingly, it is hereby **ORDERED** that this action, 3:23-CV-14 be **DISMISSED WITHOUT PREJUDICE** and be retired from the docket of this Court.

The Clerk of the Court is **DIRECTED** to mail a copy of this Order to Petitioner by certified mail, return receipt requested, to his last known address as reflected on the docket sheet, and to all counsel of record by electronic means.

**DATED**: February 23, 2023

*[signature]*
GINA M. GROH
UNITED STATES DISTRICT JUDGE